_____



SO ORDERED,

**Judge Jason D. Woodard**

United States Bankruptcy Judge

The Order of the Court is set forth below. The case docket reflects the date entered.
_____

**IN THE UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| **IN RE:** | **CHAPTER 13 CASE NO.:** |
| **DANNY RAY TAYLOR** | **14-14200-JDW** |

**ORDER RELEASING ORDER DIRECTING EMPLOYER TO WITHHOLD DEDUCTIONS FROM PAY AND DIRECTING PAYMENT TO CHAPTER 13 TRUSTEE**

The Court has been advised by the Chapter 13 Trustee that the wage order issued to **TATE COUNTY SHERRIFFS DEPT** should be released.

IT IS, THEREFORE, ORDERED, that the Debtor's former employer, **TATE COUNTY SHERRIFFS DEPT, ATTN PAYROLL, 201 S WARD STREET, SENAOBIA, MS  38668,** is hereby directed to cease deductions from the Debtor's wages and remit any funds presently held to the Chapter 13 Trustee at **Locke D. Barkley , Chapter 13 Trustee,  P.O. Box 1859 , Memphis , TN,  38101-1859.**

##END OF ORDER##